■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JAMES NORTHROP, Appellant.— MEMORANDUM BY THE COURT. The averments in the petition were sufficient to require a hearing. The contentions of the defendant were not conclusively refuted by "unquestionable documentary proof" (see *People* v. *Drake*, 20 A D 2d 826, revd. 15 N Y 2d 626; *People* v. *Stewart*, 26 A D 2d 842; *People* v. *Shaver*, 26 A D 2d 735). Order reversed, and case remitted to the County Court of Otsego County for a hearing upon the allegations set forth in the petition. Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.